Eastern District of Kentucky
**FILED**

AUG 3 1 2016

AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**
**CIVIL ACTION NO. 7:16-CV-00182-ART-EBA**

JESSICA BRANHAM                                                      PLAINTIFF

V.        **ORDER GRANTING MOTION FOR EXTENSION OF TIME**

NATHAN WADE BAKER
And
WHITESBURG WOMEN'S CENTER, LLC                    DEFENDANTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter having come before the Court on the
Defendants' Motion for Extension of Time to File an Answer
to the Complaint and the Court having reviewed the record
and the documents filed by the Defendant and with the Court
being duly and sufficiently advised, the Court does hereby
Order as follows:

The Defendants' Motion for Extension of Time is hereby
**SUSTAINED.** The Defendants shall have an additional twenty
(20) days in which to file their Answer to the Complaint in
this matter.

Dated this _31st_ day of _August_ , 2016.



Signed By:
Edward B. Atkins
United States Magistrate Judge