UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

| | |
|---|---|
| JESSICA BRANHAM,<br><br>    PLAINTIFF<br><br>v.<br><br>NATHAN WADE BAKER<br>and<br>WHITESBURG WOMEN'S CENTER, LLC<br><br>    DEFENDANTS | CIVIL ACTION NO. 7:16-CV-00182-ART-EBA |

### PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL

Plaintiff, Dr. Jessica Branham, by counsel, submits this response in opposition to Dr. Baker and Whitesburg Women's Center's attempt to discover confidential contents of the settlement agreement between Dr. Branham and Appalachian Regional Healthcare, Inc. ("ARH").

Dr. Branham is bound by the settlement agreement's confidentiality provision, which provides that the "any and all settlement discussions, and/or the terms, amount, and existence of this Settlement Agreement are strictly CONFIDENTIAL and the Parties shall not disclose any such information to any other persons or entities unless required by law to do so." Dr. Branham is bound by this confidentiality provision and may not produce the settlement agreement unless required by law. No such requirement exists here, and Dr. Branham is not required to breach her settlement agreement with ARH by producing the confidential contents of the same.

        Respectfully submitted,

        *s/ Frederick R. Bentley III*
        Michael M. Denbow
        Frederick R. Bentley III
        STITES & HARBISON PLLC
        400 West Market Street
        Suite 1800
        Louisville, KY  40202-3352
        Telephone: (502) 681-0394
        Email: mdenbow@stites.com
              rbentley@stites.com
        COUNSEL FOR PLAINTIFF, JESSICA BRANHAM

## CERTIFICATE OF SERVICE

      It is hereby certified that on May 24, 2017, a copy of the foregoing document was served via electronic mail upon the following counsel of record:

Daniel F. Dotson
178 Main St., Suite 1
Whitesburg, KY 41858
(606) 633-4467
Dotlaw2@bellsouth.net

        */s/ Frederick R. Bentley III*
        Counsel for Plaintiff, Jessica Branham

1154633:1:LOUISVILLE