**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE
CIVIL ACTION NO. 7:16-CV-00182-ART-EBA**

JESSICA BRANHAM                                         PLAINTIFF

V.         **DEFENDANT'S RESPONSE TO PLAINTIFF'S
           MOTION TO EXTEND PRETRIAL COMPLIANCE DEADLINES**

NATHAN WADE BAKER
And
WHITESBURG WOMEN'S CENTER, LLC                          DEFENDANTS

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Come now the Defendants, Nathan Wade Baker and Whitesburg Women's Center, LLC, by and through counsel, and for their Response to the Plaintiff's Motion to Extend Pretrial Compliance Deadlines, state as follows:

(1) The Defendants have no objection to the Plaintiff's Motion to Extend Pretrial Compliance Deadlines and in fact, the Defendants agree with same.

(2) Further, the Defendants believe that the trial of this matter should be rescheduled for a later date.

WHEREFORE, the Defendants pray an appropriate order of the Court.

Dated this 13 day of July, 2017.

/s/ Daniel F. Dotson
**DANIEL F. DOTSON**
**178 MAIN STREET, SUITE 1**
**WHITESBURG, KY  41858**
**(606) 633-4467**
**Counsel for Plaintiff**

**CERTIFICATE OF SERVICE:**

On this 13 day of July, 2017, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all parties of record.

/s/  Daniel F. Dotson
**DANIEL F. DOTSON**