UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

JESSICA BRANHAM,

    PLAINTIFF

v.

NATHAN WADE BAKER
and
WHITESBURG WOMEN'S CENTER, LLC

    DEFENDANTS

CIVIL ACTION NO. 7:16-CV-00182-KKC-EBA

## AGREED ORDER OF DISMISSAL

    The parties having agreed to a full resolution of this dispute, and the Court being sufficiently advised;

    IT IS HEREBY ORDERED that this action is DISMISSED, in its entirety, with prejudice, with each side to pay its own fees and costs

SEEN AND AGREED TO BY:

*/s/ Frederick R. Bentley III*
Michael M. Denbow
Frederick R. Bentley III
STITES & HARBISON PLLC
400 West Market Street
Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 681-0394
mdenbow@stites.com
rbentley@stites.com
COUNSEL FOR PLAINTIFF, JESSICA BRANHAM

*/s/ Daniel F. Dotson (with permission)*
Daniel F. Dotson
178 Main St., Suite 1
Whitesburg, Ky 41858
(606) 633-4467
Dotlaw2@bellsouth.net
COUNSEL FOR DEFENDANTS,
NATHAN WADE BAKER AND
WHITESBURG WOMEN'S CENTER, LLC